IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

CALVIN BARKSDALE AND
ROSEMARY BARKSDALE                                                                  PLAINTIFFS

V.                                                              CIVIL ACTION NO. 4:17-cv-038-SA-RP

ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY,
AND JOHN DOES A, B, AND C                                                        DEFENDANTS

FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE, having come before the Court on the joint motion of the Plaintiffs, Calvin Barksdale and Rosemary Barksdale, and the Defendant, Allstate Property and Casualty Insurance Company, by and through counsel, to dismiss any and all claims made by Plaintiffs, Calvin Barksdale and Rosemary Barksdale, against the Defendant, Allstate Property and Casualty Insurance Company, in this action, and the Court, being advised in the premises and noting agreement of counsel, finds the matter is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the action filed by the Plaintiffs, Calvin Barksdale and Rosemary Barksdale, against the Defendant, Allstate Property and Casualty Insurance Company, is hereby dismissed with prejudice, with the parties bearing their own costs and expenses.

SO ORDERED AND ADJUDGED, this the 14th day of December, 2017.

                                                  /s/ Sharion Aycock
                                                UNITED STATES DISTRICT COURT JUDGE

Barksdale v. Allstate
Civil Action No. 4:17-cv-038-SA-RP
*Agreed Order of Dismissal*

APPROVED AND AGREED TO BY:

*/s/ R. Brittain Virden*
R. Brittain Virden (MSB #10022)
G. Weathers Virden, Jr. (MSB #105200)
Campbell DeLong, LLP
Post Office Box 1856
Greenville, Mississippi 38702
E-Mail: bvirden@campbelldelongllp.com
wvirden@campbelldelongllp.com
*Counsel for Plaintiffs*


*/s/ Robert R. Stephenson*
Robert R. Stephenson (MSB #10772)
David E. Stovall (MSB #102706)
Wilkins Patterson Smith Pumphrey and Doty, P.A.
One LeFleur's Square, Suite 108
4735 Old Canton Road [39211]
Post Office Box 13429
Jackson, Mississippi 39236-3429
Telephone: 601.366.4343
Facsimile: 601.981.7608
E-Mail: bstephenson@wilkinspatterson.com
dstovall@wilkinspatterson.com
*Counsel for Defendant*